# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ALBERT FRANKLIN

NO. 2021 KW 0469

**JULY 19, 2021**

---

In Re: Albert Franklin, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-18-0404.

---

**BEFORE: WHIPPLE, C.J., WELCH AND WOLFE, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to provide this court with a copy of his video-recorded interview. For that reason, the writ application is denied on the showing made. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, the application must be filed on or before August 2, 2021. Any future filing on this issue should include the entire contents of this application, the missing item noted above, and a copy of this ruling.

VGW
JEW
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT